UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WAIVER OF DETENTION** |
| | ) | **HEARING AND ORDER** |
| v. | ) | |
| | ) | Case No. 1:17 MJ 9055(WHB) |
| FRANCISCO RAUL YANEZ-BOTELLO | ) | |

FRANCISCO RAUL YANEZ-BOTELLO, the above-named defendant, who is accused of violating Title 8 United States Code, Section 1326, being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142. The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal.

X _____
*Defendant*

_____
*Counsel for Defendant*

APPROVED AND ORDERED:

_____
*United States Magistrate Judge*

4.3.17
*Date*